Jason W. KLEIN, Appellant,

v.

The GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation, Appellee.

No. 08–1248.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 18, 2009.

Filed: Feb. 24, 2009.

Thomas R. Lamb, Anderson & Creager, Lincoln, NE, for Appellant.

Robert B. Evnen, Allen M. Tate, Woods & Aitken, Lincoln, NE, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jason Klein appeals the district court's [1] adverse grant of summary judgment in his wrongful-termination action. After reviewing the record de novo, *see Roemmich v. Eagle Eye Dev., LLC*, 526 F.3d 343, 348 (8th Cir.2008) (de novo review of district court's interpretation of state law); *Trinity Products, Inc. v. Burgess Steel, L.L.C.*, 486 F.3d 325, 330 (8th Cir.2007) (de novo review of district court's grant of summary judgment), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

affirm the judgment of the district court. *See* 8th Cir. R. 47B.